UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEENAN PATTERSON | CIVIL ACTION |
| VERSUS | NO. 20-283 |
| TAYLOR GUIDRY, ET AL. | SECTION "R" (1) |

## ORDER

Plaintiff Keenan Patterson filed this civil suit *pro se* under 42 U.S.C. § 1983.[1] Having reviewed *de novo* the complaint, the record, the applicable law, and the Magistrate Judge's unopposed Report and Recommendation,[2] the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

For the reasons explained by the Magistrate Judge, plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __21st__ day of May, 2020.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 4.
[2] R. Doc. 12.